IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE BANK OF NEW YORK MELLON,

     Plaintiff,     No. 2:12-cv-00435 KJM KJN PS

     v.

MARIA FLORES and DOES 1-10,
Inclusive,

     Defendants.   ORDER
_____/

    Presently before the court is plaintiff's amended motion to remand, filed on July 17, 2012.[1] The undersigned previously filed findings and recommendations that recommended the remand of this unlawful detainer case to the Sacramento County Superior Court (Dkt. No. 22), and that recommendation is still pending before the district judge.[2] Plaintiff asserts that despite the pending recommendation, defendant attempted to re-remove this case on some date not identified by plaintiff in its moving papers. The court's docket in this case does

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

[2] The undersigned notes that defendant filed a second notice of removal in the case numbered 2:12-cv-01504 KJM KJN PS (E.D. Cal.) ("Flores II"). On June 6, 2012, the undersigned recommended that Flores II be administratively closed as duplicative of this case, and because there was no case to remove from the state court in Flores II. That recommendation is still pending before the district judge assigned to that case.

1

1 not reflect any such attempted re-removal prior to the filing of plaintiff's amended motion to
2 remand.  Therefore, plaintiff's amended motion to remand does not address a ripe dispute.
3      Accordingly, IT IS HEREBY ORDERED that plaintiff's amended motion to
4 remand (Dkt. No. 25) is denied.
5      IT IS SO ORDERED.
6 DATED: July 18, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2