1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THE BANK OF NEW YORK MELLON,

11           Plaintiff,                    No.  CIV-S-12-0435-KJM-KJN-PS

12        vs.

13   MARIA FLORES, et al.,

14           Defendants.                   ORDER

15   _____/

16           On June 1, 2012, the magistrate judge filed findings and recommendations, which

17   were served on the parties and which contained notice that any objections to the findings and

18   recommendations were to be filed within fourteen days.  No objections were filed.

19           The court presumes that any findings of fact are correct. *See Orand v. United*

20   *States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

21   reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

22   1983).  Having carefully reviewed the file, the court finds the findings and recommendations to

23   be supported by the record and by the proper analysis.

24   /////

25   /////

26   /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Findings and Recommendations filed June 1, 2012, are ADOPTED;

3        2.  Plaintiff's motion to remand (Dkt. No. 7) is granted;

4        3.  This case is remanded to the Superior Court of California for the County of

5  Sacramento; and

6        4.  The Clerk of Court shall close this case.

7  DATED:   September 5, 2012.

8

9                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26